# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY P. BOTTZECK, et al.,<br><br>             Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>             Defendant. | Case No. 2:10-cv-01093-RLH-PAL<br><br>**ORDER**<br><br>(IFP App - Dkt. #1) |

This matter is before the court on Plaintiffs' Application to Proceed *In Forma Pauperis* (Dkt. #1) filed on July 2, 2010. The Application was signed by Peter Bottzeck and Astrid Mangubat, but it is unclear what relationship, if any, these parties have. It is also unclear whose financial information is contained in the Application. Thus, the court cannot determine whether Peter Bottzeck and Astrid Mangubat qualify to proceed *in forma pauperis*. Furthermore, the third Plaintiff, Anthony P. Bottzeck, has not filed any Application at all, and does the court have any information regarding his financial condition to enable it to determine whether Anthony P. Bottzeck qualifies to proceed *in forma pauperis*.

Accordingly,

**IT IS ORDERED:**

1. Each Plaintiff shall file a separate Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate. The Clerk of the Court shall send Plaintiffs a blank application form for *pro se* litigants who are not incarcerated.

2. Alternatively, Plaintiffs shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this Order. Plaintiffs shall have **thirty days** from the date on which this Order is entered to

comply. Failure to comply will result in a recommendation to the District Judge for dismissal of this action.

Dated this 7th day of October, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE