# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY P. BOTTZECK, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, <br><br> Defendant. | Case No. 2:10-cv-01093-RLH-PAL <br><br> **ORDER AND REPORT OF FINDINGS AND RECOMMENDATION** |

This matter is before the court on Plaintiffs' failure to comply with the court's Order (Dkt. #2), entered October 8, 2010, requiring them to file separate Applications to Proceed *In Forma Pauperis* with signed financial certificates for each Plaintiff in this case on or before November 7, 2010. Plaintiffs have not complied or requested an extension of time in which to comply. Plaintiffs were warned that "[f]ailure to comply will result in a recommendation to the District Judge for dismissal of this action." Order, 2:1-2.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall file Plaintiffs' Complaint.

**IT IS RECOMMENDED** that Plaintiffs' Complaint be DISMISSED unless they file separate Applications to Proceed *In Forma Pauperis* with signed financial certificates on or before **December 21, 2010.**

Dated this 3rd day of December, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

## **NOTICE**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.