1

2

3

4

5

6               **UNITED STATES DISTRICT COURT**

7                       **DISTRICT OF NEVADA**

8                                  **\* \* \***

9    ANTHONY P. BOTTZECK, *et al.*,          )
                                             )
10                  Plaintiff(s),            )           2:10-cv-1093-RLH-PAL
                                             )
11          vs.                              )              **O R D E R**
                                             )
12   LAS VEGAS METROPOLITAN POLICE           )
     DEPARTMENT,                             )
13                                           )
                    Defendant(s).            )
14   _____)

15          Before this Court is the Order and Report of Findings and Recommendation of

16   United States Magistrate Judge Peggy A. Leen (#5, filed December 8, 2010), regarding Plaintiff's

17   failure to file the appropriate documents.  No objection was filed to Magistrate Judge Leen's Order

18   and Report of Findings and Recommendation in accordance with Local Rule IB 3-1 or 2 of the

19   Rules of Practice of the United States District Court for the District of Nevada and the matter was

20   submitted for consideration.

21          The Court has conducted a *de novo* review of the record in this case in accordance

22   with 28 U.S.C. §636(b)(1)(A), (B), and (C) and Local Rule IB 3-1  and determines that the Order of

23   Magistrate Judge Leen is not clearly erroneous or contrary to law and should be affirmed. Further-

24   more, the Court has also conducted a *de novo* review of the record in this case in accordance with 28

25   U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recom-

26   mendation of United States Magistrate Judge Leen should be accepted and adopted.

                                          1

1        IT IS THEREFORE ORDERED that Magistrate Judge Leen's Order is AFFIRMED

2   and her Findings and  Recommendation (#5) is ACCEPTED and ADOPTED. Plaintiff's Complaint

3   is DISMISSED.

4        Dated: January 18, 2011.

5

6

7

8   **ROGER L. HUNT**
   **Chief U.S. District Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26