UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY P. BOTTZECK, *et al.*, | |
| Plaintiff(s), | 2:10-cv-1093-RLH-PAL |
| vs. | **O R D E R** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendant(s). | |

      Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#25, filed October 7, 2011), entered by the Honorable Peggy A. Leen, regarding Plaintiffs' continued failure to comply with this Court's Orders . No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, although a letter was sent to Judge Leen after the deadline established in her Report of Findings and Recommendation, and which failed entirely to provide the information ordered. The matter was submitted for consideration.

      The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted. The Court also notes that it has previously reopened this case after dismissal because of Plaintiffs' lament that they had good reason for failing to follow the orders and rules of this Court.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#25, entered October 7, 2011) is ACCEPTED and ADOPTED, and the case is DISMISSED.

Dated: October 25, 2011.

_____
**ROGER L. HUNT
U.S. District Judge**

2